# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:14-bk-09118 |
| VISTA-PRO AUTOMOTIVE, LLC, ) | Chapter 7 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

___

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
___

PLEASE TAKE NOTICE that the undersigned appears as counsel for Panattoni Development Company, Inc. ("**Panattoni**"), and request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

John C. Tishler, Esq.
Robert J. Welhoelter, Esq.
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
john.tishler@wallerlaw.com
rob.welhoelter@wallerlaw.com

and

Timothy M. Swanson, Esq.
MOYE WHITE LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202-1486
Telephone: 303.292.2900
Facsimile: 303.292.4510
tim.swanson@moyewhite.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the

Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Papers is without prejudice to Panattoni's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Panattoni to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation Panattoni's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which Panattoni is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Panattoni expressly reserves.

Respectfully submitted on this the 16th day of December, 2014.

                            */s/ John C. Tishler*
                            John C. Tishler, Esq. (TN 13441)
                            Robert J. Welhoelter, Esq. (TN 24203)
                            **WALLER LANSDEN DORTCH & DAVIS, LLP**
                            511 Union Street, Suite 2700
                            Nashville, Tennessee 37219
                            Telephone: (615) 244-6380
                            Facsimile: (615) 244-6804
                            john.tishler@wallerlaw.com
                            rob.welhoelter@wallerlaw.com

                            *-and-*

                            Timothy M. Swanson, Esq. (CO 47267)
                            **MOYE WHITE LLP**
                            16 Market Square, 6th Floor
                            1400 16th Street
                            Denver, Colorado 80202-1486
                            Telephone: 303.292.2900
                            Facsimile: 303.292.4510
                            tim.swanson@moyewhite.com

                            *Attorneys for Panattoni Development Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 16th day of December, 2014.

                            */s/ John C. Tishler*