# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 14-09118  
**Case Name:** Vista-Pro Automotive, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620290) Jeanne Ann Burton  
**Date Filed (f) or Converted (c):** 06/09/2015 (c)  
**§ 341(a) Meeting Date:** 07/13/2015  
**Claims Bar Date:** 10/13/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Warehouse/Office<br>2006 N. Grand Ave.<br>Evansville, IN (See Footnote) | 100,000.00 | 103,629.00 | | 116,300.00 | FA |
| 2 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 3 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Insurance-Business Auto | 8,176.00 | 0.00 | | 0.00 | FA |
| 7 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 8* | Accounts Receivable Balance (See Footnote) | 10,915,064.00 | 15,536.40 | | 15,536.40 | FA |
| 9 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 11 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Class Action Settlement (u) | 42.46 | 42.46 | | 42.46 | FA |
| 15 | Tax Refund (u) | 800.00 | 800.00 | | 800.00 | FA |
| 16 | Check from FedEx re Dalton Radiator SVC (u) | 78.25 | 78.25 | | 78.25 | FA |
| 17 | Tax Refund from TX Comptroller (u) | 950.85 | 950.85 | | 950.85 | FA |
| 18* | Unsec. Claim - Infinia Corp. bankruptcy case (u) (See Footnote) | 1,185.00 | 1,185.00 | | 99.25 | FA |
| 19 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 20* | Wells Fargo Bank, 5108 (See Footnote) | 48,066.20 | 0.00 | | 0.00 | FA |
| 21* | Wells Fargo Bank, 5066 (See Footnote) | 380,083.88 | 0.00 | | 0.00 | FA |
| 22 | Wells Fargo Bank - A/R | 3,147,414.36 | 926,998.13 | | 2,466,953.87 | FA |
| 23* | Security Deposit - Cassidy Turley (See Footnote) | 8,550.21 | 0.00 | | 0.00 | FA |
| 24 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 25 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 14-09118  
**Case Name:** Vista-Pro Automotive, LLC  
**For Period Ending:** 03/31/2022  

**Trustee Name:** (620290) Jeanne Ann Burton  
**Date Filed (f) or Converted (c):** 06/09/2015 (c)  
**§ 341(a) Meeting Date:** 07/13/2015  
**Claims Bar Date:** 10/13/2015  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 27 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 28 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Insurance -General Liability - US | 33,565.00 | 33,962.44 | | 33,962.44 | FA |
| 30 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 32* | Insurance - Property - US (See Footnote) | 86,103.00 | 0.00 | | 1,352.40 | FA |
| 33 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Insurance - Workers Compensation | 20,469.00 | 22,447.00 | | 22,447.00 | FA |
| 36 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 37 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 38 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 39 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 40 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 41 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 42 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 43 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 44* | Funds from Ch. 11 liquidation of 2006 Ford Expedition (u) (See Footnote) | 5,900.00 | 5,903.50 | | 5,903.50 | FA |
| 45* | Funds from Ch. 11 liquidation of 2006 Ford F-150 Supercab (u) (See Footnote) | 11,700.00 | 8,959.07 | | 8,959.07 | FA |
| 46* | Adversary 3:15-ap-90026 - Accounts Receivable<br>vs. E&D Holdings, LLC<br>vs. Tube Wright, Inc.<br>vs. Engineered Colling Systems, LLc (See Footnote) | 483,742.92 | 483,742.92 | | 225,000.00 | FA |
| 47 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 48* | Adversary 3:15-ap-90056 - vs. Aircore LLC<br>Account Receivable (See Footnote) | 98,270.21 | 98,270.21 | | 98,270.21 | FA |
| 49* | Adversary 3:15-ap-90057 - vs. Radiator Warehouse (See Footnote) | 31,748.65 | 31,748.65 | | 21,500.00 | FA |

| Case No.: | 14-09118 | | Trustee Name: | (620290) Jeanne Ann Burton |
|---|---|---|---|---|
| Case Name: | Vista-Pro Automotive, LLC | | Date Filed (f) or Converted (c): | 06/09/2015 (c) |
| | | | § 341(a) Meeting Date: | 07/13/2015 |
| For Period Ending: | 03/31/2022 | | Claims Bar Date: | 10/13/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 50* | Adversary 3:15-ap-90079 - vs. Coney Island (See Footnote) | 48,696.21 | 48,696.21 | | 0.00 | 48,696.21 |
| 51 | VOID asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 52* | Adversary 3:15-ap-90114 - vs. Radiators, Inc., (See Footnote) | 83,359.82 | 83,359.82 | | 68,726.43 | FA |
| 53* | Adversary 3:15-ap-90124 - vs TCR Warehouse (See Footnote) | 10,000.00 | 10,000.00 | | 4,500.00 | FA |
| 54* | Adversary 3:15-ap-90125 - vs. Parks Auto (See Footnote) | 19,503.66 | 19,503.66 | | 7,000.00 | FA |
| 55* | Adversary 3:15-ap-90135 - vs. Roppel Industries (See Footnote) | 194,376.37 | 194,376.37 | | 35,579.84 | FA |
| 56* | Adversary 3:15-ap-90497 - vs. Performance Radia (See Footnote) | 301,332.14 | 301,332.14 | | 12,500.00 | FA |
| 57 | Misc. Insurance Refunds (u) | 1,763.10 | 1,763.10 | | 1,763.10 | FA |
| 58* | Settlement of BP Claim (u) (See Footnote) | 930,130.00 | 750,000.00 | | 930,130.00 | FA |
| 59 | Rent - related to Warehouse/Office Asset #1 | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 60* | Settlement Halliburton/Transocean Claim (u) (See Footnote) | 20,837.02 | 20,837.02 | | 20,837.02 | FA |
| **60** | **Assets Totals (Excluding unknown values)** | **$17,011,908.31** | **$3,184,122.20** | | **$4,119,192.09** | **$48,696.21** |

| | | |
|---|---|---|
| RE PROP# 1 | | Col. 5 includes $5k earnest money forfeited under contract that did not close |
| RE PROP# 8 | | Subject to Wells Fargo Security interest in excess of $8,000,000.00 and disputed claim of Hubbard Capital of approximately $27,000,000.00 which was resolved by payment of $1,500,000.00 to Hubbard. Accounts receivable were collected during Chapter 11 and deposited into Wells Fargo Bank Account. The balance of funds were turned over and identified under Asset #22 Wells Fargo Bank - A/R. Funds listed under this Asset #8 are funds collected without adversary proceeding being filed. All other remaining accounts receivable are identified separately under their respective adversary asset. |
| RE PROP# 18 | | Unsecured claim in liquidating Chapter 11 bk. case Infinia Corporation<br>Case #13-30688 WTT, United States Bankruptcy Court District of Utah<br>% distribution unknown |
| RE PROP# 20 | | Subject to Wells Fargo Security Interest, any unencumbered funds paid by Wells Fargo shown under assset #22 |
| RE PROP# 21 | | Subject to Wells Fargo Security Interest, any unencumbered funds paid by Wells Fargo shown under assset #22 |
| RE PROP# 23 | | Retained by LL per Order Docket # 397 |
| RE PROP# 32 | | Investigating value due to difference in amount; only refund was for $1352.40 |
| RE PROP# 44 | | Liquidated in Chapter 11, funds turned over post conversion.<br>Order entered 12/22/14 authorized Debtor to sell assests including the subject vehicles. After the conversion, the Trustee learned the vehicles had apparently been placed with a company for sale by the Debtor. Ethan Massa of Massa Estate Group assisted the Trustee with eventually locating the company who was the holding proceeds from the sale of the vehicles and the proceeds were paid to the estate. |
| RE PROP# 45 | | Liquidated during Chapter 11, funds turned over post conversion.<br>Order entered 12/22/14 authorized Debtor to sell assests including the subject vehicles. After the conversion, the Trustee learned the vehicles had apparently been placed with a company for sale by the Debtor. Ethan Massa of Massa Estate Group assisted the Trustee with eventually locating the company who was the holding proceeds from the sale of the vehicles and the proceeds were paid to the estate. |

| | |
|---|---|
| **Case No.:** 14-09118 | **Trustee Name:** (620290) Jeanne Ann Burton |
| **Case Name:** Vista-Pro Automotive, LLC | **Date Filed (f) or Converted (c):** 06/09/2015 (c) |
| | **§ 341(a) Meeting Date:** 07/13/2015 |
| **For Period Ending:** 03/31/2022 | **Claims Bar Date:** 10/13/2015 |

| | |
|---|---|
| RE PROP# 46 | Adversary settled per Order 4/21/16, Doc # 563 |
| RE PROP# 48 | Default Judgment 8/6/15 Doc # 19, special counsel appointed in Chapter 7 for collection motion for comp and settle filed 7/5/18 received payment |
| RE PROP# 49 | Settled 10/13/15 Doc # 19 |
| RE PROP# 50 | Default Judgment 5/19/15 Doc # 17, special counsel appointed in Chapter 7 for collection-judgment registered in NY; appeal pending as of March 31, 2022 |
| RE PROP# 52 | default Judgment, then settlement Order 12/15/15 Doc #481 |
| RE PROP# 53 | default judgment motion filed then settlement Order 8/4/15 doc #15 |
| RE PROP# 54 | settlement Order 1/14/16 doc #505 |
| RE PROP# 55 | This judgment was obtained in the Chapter 11 and payments were made in the chapter 11. Post conversion, the payments were wired into the Wells Fargo account in which Hubbard Capital claimed a security interest and which was the subject of an adversary proceeding filed against Hubbard Capital in the Chapter 11. After the settlement with Hubbard, post conversion, the final 3 payments due were $35,940.80 leaving a balance dueof 360.96 . Special Counsel, Bill Norton has contacted Mr. Roppel concerning same.) The balance appears to be uncollectible. |
| RE PROP# 56 | payments on collection made pre conversion without suit then balance of $25,000.00 remained with refusal to pay. Suit filed and settlement 2/5/16 Doc #541 |
| RE PROP# 58 | Per order entered 12/14/16 DE 611 |
| RE PROP# 60 | Funds are part of global settlement by Halliburton and Transocean related to the BP oil spill who paid funds to claimants who received funds from BP settlement. Check sent to special counsel. No release required. |

| | |
|---|---|
| **Case No.:** 14-09118 | **Trustee Name:** (620290) Jeanne Ann Burton |
| **Case Name:** Vista-Pro Automotive, LLC | **Date Filed (f) or Converted (c):** 06/09/2015 (c) |
| | **§ 341(a) Meeting Date:** 07/13/2015 |
| **For Period Ending:** 03/31/2022 | **Claims Bar Date:** 10/13/2015 |

**Major Activities Affecting Case Closing:**

case fled as involuntary and then converted by agreement to ch 11. Ch 11 schedules are docket are 96 and 97. No conversion schedules were filed; Form 1 revised to show only assets remaining upon conversion (other assets listed on original Ch 11 schedules are marked "VOID")
Claims bar date is 10/13/15
6/10/15 - Filed motion to hire JAB
6/9/15 t/c Bill Norton debtor counsel
6/12/15 e-mails with Wells Fargo and John Rowland re securing bank account; t/cs Bill Norton , Karl Hamm and E. Massa re leased space
6/16 t/c Bob Mendes counsel for unsecured creditor committee
6/19/15 inspected leased premises, collected mail and made arrangements for storage of records
6/29/15 work on lease matters; return e-mails and phone calls re tax matter and collection of acct matters
6/30/15 motion to employ P. Young filed
7/3/15 t/c P. Young re case matters
7/3/15 e-mail to creditor re claim 63
7/7/15 - Filed order to hire JAB
7/7/15 e-mail to Roppell re payments on judgment
7/9/15 -follow up on information on real estate in IN
7/13/15 attend hearing on objection to claim of Hubbard; conf call with Hubbard atty and representative
7/25/15 review tax notices; e-mails from Ch 11 tax professionals; mail from Paychex; e-mail to L Williams re same; e-mails to BDO and Crowe-Horwath re tax matters
7/25/15 e-mail to ins agent re cancellation of ins policies
7/25/15 e-mail to E.Massa re vehicle and items in storage
7/25/15 scan and e-mail notice re possible claim in anti-trust litigation
7/15/15 review pleadings received in mail and review docket of bankruptcy case in WA in which debtor may be a creditor
7/27/15 t/c P. Poole at UST re bond requirements
7/27/15 - Filed motion to hire accountant Larry Williams
8/19/15-Filed order to hire accountant Larry Willliams
8/20/15 t/c L. Williams re 401k termination
8/21/15reveiw order to employ acct; e-mail to acct
9/15/15 reviewed , signed and mailed 2014 tax returns and e-file authorizations
9/16/15t/c P. Young re various case matters
9/22/15 review motion for comp and settle in adversary and review emails re settlement negotiations in other matters; review e-mail from Bill Norton re status of collection matters
9/22/15 review e-mail re insurance request
9/22/15 review certified mail re debt to Mid South Transport and e-mail collection attorney re same
9/25/15 order approving Ch 11 atty free of Waypoint entered (docket #433)/order approving Ch 11 atty fee of BABC entered (docket # 413)
9/25/15 t/c P. Young re case matters
9/26/15 e-mails re WF ins certificate request
9/29/17-prep of motion for second interim dist.
9/29/15 t/c L. Williams re OH tax notice
10/13/15 review e-mail re work comp ins audit
10/14/15 motion for comp and settle with Hubbard Capital has been filed
10/21/15 e-mail to J. Rowland, atty for WF for acct details
10/23/15-mailed executed settlement agreement (TCR) to Bill Norton
11/20/15 t/c P. Young to discuss real estate matter; review e-mail from P. Young re closing atty suggestions
11/20/15 e-mails w/ B. Norton re fee app
11/24/15 sign settlement agreement -order final- all other signatures obtained- send wire to Hubbard's counsel per its authorization
11/25/15 order entered to authorize BDO acct to apply retainer to satisfy fee; order for first fee app of P. Young entered
11/25/15 meet with P. Young re claims objections
12/3/15 order entered to employ Voss (collection atty) and authorize deduction of fees from collections; order entered to employ BDO
12/4/15 t/c P. Young re claims objection; respond to e-mail from Conway re payment of admin claim

| | |
|---|---|
| **Case No.:** 14-09118 | **Trustee Name:** (620290) Jeanne Ann Burton |
| **Case Name:** Vista-Pro Automotive, LLC | **Date Filed (f) or Converted (c):** 06/09/2015 (c) |
| | **§ 341(a) Meeting Date:** 07/13/2015 |
| **For Period Ending:** 03/31/2022 | **Claims Bar Date:** 10/13/2015 |

12/8/15-sent email to attorney for Henderson Stamping re: poc showing they are in possession of assets.
12/15/15-response rcvd. Sent email to Ethan to follow up on value.
12/30/15- motion to employ auctioneer and approve auction of real property (Grand Ave, Evansville, IN) (DE 493)
12/31/15-follow up email sent to Ethan re: tools (Henderson Stamping)
1/12/16 review reply from E. Massas re tools
1/12/16 e-mails with E. Massa re storage of records and record destruction
1/15/16e-mail to acct re 401k and work comp audit
1/19/16 t./c P. Young re obj to claims and e-mail to E. Massa re storage matters
1/22/16- order to employ auctioneer and auction property entered (DE 524)
1/28/16 review e-mails re sale of real estate and budget
2/9/16 working on sale of real estate and offer from tenant
2/9/16 discuss resolution of claim objections with P. Young
2/22/16 request ins quote on IN property
2/22/16 discuss settlement negotiations with ECS with B. Norton; e-mail to acct re tax related matters
3/11/16 review settlement docs re ECS; discuss tax matters with acct; discuss IN real estate with P. Young and auctioneer
3/14/15 review supplemental motion to employ Thompson Burton to collect NY default judgments
3/22/16reveiw e-mail re offer on IN property; reply to realtor and review his reply
3/24/16 reviewing proposed settlement documents re ECS adv
3/28/16 reference to order disallowing or reducing claim made to claims ledger
3/29/16 review filed motion to settle adv with ECS
4/1/16 send signed contract to H. Miller re IN property
4/9/16 send revised signed contract to Mr. Miller
4/13/16 follow up on status of contract and earnest money
4/29/16 follow up with Voss collection atty re remaining accounts
4/30/16 follow up on title work- holding motion pending receipt and review of title work
5/2/16 review e-mail from W. Scholtz re collection of accounts from Mid South Castings and Transport AC - closed-uncollectible
5/23/16 e-mail to E. Massa re e-mail re warranty parts
5/31/16 review tax claim filed(#88); email to acct and review reply
6/5/16-tax returns mailed.
6/6/16-emailed K-1's to John G. Newman at his request today.
6/30/16 motion for interim distribution filed along with Thompson Burton fee app
7/9/16 review draft of adversary proceeding against BOA re unreleased negative pledge agreement(hold pending efforts to obtain release)-re Indiana property
7/15/16 provide information to UST re interim distribution
7/18/16 review objection to interim distribution per claim
7/19/16review response to obj to Proliance claim
7/27/16-complaint v. BOA filed by P. Young, pretrial is 9/21/16
7/29/16-order disallowing claim #88 and allowing #89 entered; a/o allowing interim dist. and appropving interim TE fee
8/9/16 review tax notice from MS and e-mails and discussions with estate acct and debtor's former acct
8/26/16 review motion for default in adv against BOA
8/26/16 review tax notice from IRS- e-mail to L. Williams
9/8/16-email to B. Norton re: filing order to pay him.
9/9/16t/c with L. Williams to discuss tax matters; L.Williams to provide response to inquiry
9/20/16-order awarding default judgment (Adv 316-90211-Bank of America) entered.
9/21/16 e-mail Larry Williams re 401k termination; review reply
9/22/16 review default order in the adv against BOA and send to closing agent with information and to discuss closing; reveiw title commitment for any other closing requirements
10/3/16 review and forward e-mail re tax matters to L. Williams
10/18/16 Adversary Case 3:16-ap-90211(BOA) Closed
10/26/16 e-mails with P. Young re termination notice sent to tenant/buyer and review e-mails re putting property back on market for buyer's failure to close after title matters resolved
10/28/16 e-mail L. Williams re 401k termination
11/8/16 meet with L. Williams re 401k termination
11/14/16 t/c P. Young re real estate and default judgement matters; review e-mail to realtor
11/20/16 discuss matters regarding IN property with P. Young

| | |
|---|---|
| Case No.: 14-09118 | Trustee Name: (620290) Jeanne Ann Burton |
| Case Name: Vista-Pro Automotive, LLC | Date Filed (f) or Converted (c): 06/09/2015 (c) |
| | § 341(a) Meeting Date: 07/13/2015 |
| For Period Ending: 03/31/2022 | Claims Bar Date: 10/13/2015 |

11/22/16 send tax notice to acct re 941 taxes
12/5/16 Roppel has stopped paying rent on IN property but is apparently still occupying the property and has not responded to correspondence about closing on sale. Employing eviction attorney so we can auction the property.
12/6/16 review Default letter to Roppel
12/7/16 t/cs re status of IN property
12/7/16 review e-mail re possible asset-settlement with BP; discuss with P. Young; review proposed release; e-mail P. Young
12/8/16-P. Young filed expedited motion for comp/settlement and motion to employ attys; hearing is set for 12/13/16.
12/13/16 review pleadings and make notes for hearing on motion for authority to settle BP claim; and employ and pay atty; travel to and attend hearing; discuss orders with P. Young; review rent check from Roppel; notify P. Young and H. Miller about receipt and discuss move out of tenant at end of Dec. re utilities; contact eviction atty re current status.
12/13/16 review e-mail from acct re confirmation of termination of 401k plan per Paychex
12/13/16-order to employ special counsel (to execute the BP settlement) filed; order approving comp/settlement with BP filed.
12/14/16 received e-mail that special counsel has signed and forwarded settlement agreement to court appt neturals
12/15/16 e-mail to P. Young re default judgment collections
12/16/16 review e-mail from P. Young re default collections and post judgment discovery status
12/16/16 received stop payment letter on YRCck #133
12/17/16 review e-mails re BP Settlment; e-mail Mr. Osen re same and review reply
12/21/16 e-mail and t/c S. Olen re status of settlement
12/27/16-P. Young filed 4th interim fee app.
1/5/17 review e-mail from counsel for ECS to P. Young; review prior motion for comp and settle and assignment and reply to P. Young
1/11/17 discuss tenant vacating IN property with H. Miller and P. Young and any ownership of personal property on the premises; review e-mail re ins on property and reply to J. Cox; discuss type of auction and date with H. Miller and P. Young.
1/17/17 e-mail to H. Miller re auction details and expenses
1/18/17 e-mails with P. Young re tenant retaining possession for another month and discuss with Hugh Miller and ins. agent
1/19/17 e-mail to S. Olen re BP settlement proceeds
1/24/17-P. Young filed motion to disallow late filed claim
2/6/17 review e-mail and renewal policy on IN property; e-mail Jessica Cox re same
2/7/17-file motion to pay special counsel.
2/9/17 e-mails with closing atty re auction date and closing date and title matters re IN property
2/15/17review and send SS Adm notice to L. Williams
2/19/17 review signed order to disallow late filed claim #90
2/27/17 t/c P. Young re case matters including sale of real estate and collection of default judgments
3/1/17-file order to pay special counsel
3/8/17 review and approve online auction ad and advertising budget for sale of real estate in IN
3/20/17 reply to e-mail from Mr. Miller re few items of tenant left in the building
3/30/17 e-mails with closing atty re documentation requirements per the title commitment; e-mail auctioneer re same; e-mails with auctioneer re earnest money requirements
4/4/17-get cert. copy of amended order awarding default judgment
4/5/17-mail cert. copy to title company
4/13/17 working on interim distribution upon closing of IN real estate- sold at online auction for $111,300
4/20/17 review title commitment sent to buyer
5/4/17 review e-mail from B. Brown at BDO re IRS audit letter. E-mail same to L. Williams for discussion
5/9/17 working on closing matters
5/12/17 sent executed closing docs and instruction letter to closing agent re IN property
5/15/17 check on status of closing
5/26/17review e-mail and forward to K. Turner to check on cancellation of policy on IN property and any refund of paid premium
5/26/17 follow up with L. Williams on audit notice and info requested from BDO
6/8/17review e-mail from L. Williams to B. Brown at BDO re upcoming IRS audit; reply to L. Williams
6/15/17 e-mail to L. Williams re IRS audit and impact on interim distribution amt.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 8

Case No.: 14-09118  Trustee Name: (620290) Jeanne Ann Burton
Case Name: Vista-Pro Automotive, LLC  Date Filed (f) or Converted (c): 06/09/2015 (c)
§ 341(a) Meeting Date: 07/13/2015
For Period Ending: 03/31/2022  Claims Bar Date: 10/13/2015

6/15/17-prep report of sale
6/16/17 t/c L. Williams re IRS audit and remaining inquiry
7/5/17 send document request notice from IRS to L. Williams
7/6/17 review e-mail from L. Williams re document request from IRS
7/10/17 review e-mail from B. Norton re report of sale and reply
7/17/17reveiw CA franchise tax notice for 2015- send to acct
8/1/17 review report of sale filed by Ch 11 counsel at request of UST
9/19/17review 2016 tax returns; e-mail to L. Williams; sign and mail returns
10/2/17 work on second interim distribution
10/10/17-prep of motion for second interim dist; get copied at Staples
10/11/17-file motion for second interim dist; mail out
11/2/2017-file order for second interim dist.
11/7/17 review tax notice re 2016 partnership return and forward to L. Williams
11/29/17 review e-mail from L. Williams re the tax notice
1/18/18 t/c P. Young re default judgment collections
3/13/18-motion to pay P. Young filed
3/14/18-review and sign tax return for mailing; e-mails with acct
3/15/18 cut check for FAE 170 return
3/19/18 review summary of collection efforts on default judgments from P. Young and discuss additional efforts to collect
4/19/18 review e-mail from P. Young re default judgment collections; researching third party subpoenas
4/24/18 P Young sending notices required to be sent to default defendants before serving subpoena on third party; calendar for 30 days
5/9/18 review writ filed in the collection of default judgment against Aircore
5/16/18-subpoena sent to GM and Ford by P. Young re: Aircore, LLC
6/4/18 review update from P. Young on 3rd party subpoenas/levy re default judgments
6/12/18 review e-mail from P. Young re offer from Aircore and reply;t/cs with P Young re collection of default judgement
6/13/18 t/cs P Young re payment of Aircore default judgment principal amt
6/14/18 review proposed motion to settle with Aircore and e-mail to P. Young re same
6/25/18 discuss the notice filed by Chase re levy on acct- not an objection to the motion to settle.
6/28/18 check status of third party subpoena to Coney Island
7/5/18 received check from Chase re Aircore
7/5/18 send tax notice from IRS to L. Williams
7/6/18-order for comp/settle submitted (Aircore)
7/11/18 order for comp and settle entered (Aircore)
7/11/18 review e-mail from P. Young re collection efforts on remaining default judgement(Coney Island)
7/12/18 review e-mail from P. Young re registering remaining default judgment in NY
8/1/18 e-mail tax notice to acct; e-mail P. Young re status of default judgment collection
9/4/18 review e-mail from Bill Norton re e-mail received re status hearing on state court action against Vista( plaintiff has allowed claim (55-1) ; lawsuit not listed on SOFA or in poc; discuss with P. Young
9/10/18 discuss collection status of default judgment with P Young
10/11/18 discuss collection status of default judgment with P Young
10/29/18 t/c L. Williams to discuss the State tax notices (2015 and 2017)
11/14/18 conf call with P. Young, L. Williams and attys for Dept of Revenue re tax assessment
12/11/19-motion for comp/settle of tax claims filed
12/10/18 follow up conf call with P. Young, L. Williams and attys for Dept of Revenue re tax assessment
1/9/19 t/c L. Williams ; discuss his e-mail to Dept of Revenue
1/8/19 review e-mail from Mid Atlantic Trust re annual statement- forward to L. Williams- it is for funds not requested/withdrawn after the 401k plan was terminated
2/11/19 review e-mail from B. Norton re lawsuit filed by Henderson Stamping which should have been non-suited and reply re claim filed and interim distributions made
2/11/19 review letter sent to IRS in response to notice by L. Williams, acct.
2/25/19 e-mail to L. Williams re 2018 returns
2/26/19 provide current form 1 and 2 to L. Williams for the tax return
3/15/19 still trying to find out status of Dept of Revenue matter; P. Young has called Gill Geldreich but no response and L.Williams has not heard anything either
4/2/19 review e-mails re status of Dept. of Revenue matter;t/c P. Young re same and to discuss default judgment collection

**Case No.:** 14-09118  
**Case Name:** Vista-Pro Automotive, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620290) Jeanne Ann Burton  
**Date Filed (f) or Converted (c):** 06/09/2015 (c)  
**§ 341(a) Meeting Date:** 07/13/2015  
**Claims Bar Date:** 10/13/2015

4/9/19 review e-mail from M. Gaske re status of Dept of Revenue matter  
4/13/19 review e-mail from L. Wlliams re e-mail from Dept of Revenue- awaiting letter on decision from Dept of Revenue  
5/6/19-motion to employ Wm R. Pope as special counsel filed  
5/30/19 order to employ B. Pope as special counsel entered  
6/3/19 e-mail to B. Pope  
6/10/19-motion to determine tax claims filed; hearing is July 16, 2019  
6/28/19-order setting status conference entered re: motion to determine tax claims entered  
7/1/19-response filed by TN Dept of Rev.  
7/8/19 t/c P. Young and B. Pope re upcoming hearing on motion to determine tax claim  
7/10/19-joint pretrial statement filed  
7/16/19- JAB attend status conference  
7/16/19-status conference hearing continued to October 16, 2019  
7/16/19 Steve Olen t/c re settlement proceeds from Halliburton and Transocean  
7/17/19 t/c L. Williams re documentation to obtain from BDO  
7/19/19 review excerpt of spreadsheet sent to S. Olen by the Claims Administrator  
8/7/19-motion to pay special counsel filed (attorney fees for settlement of Halliburton/Transocean)  
8/20/19 follow up on tax workpapers provided to L. Williams and B. Pope  
8/29/19-order to pay special counsel filed (attorney fees for settlement of Hallibutron/Transocean)  
9/18/19 attend meeting with AG and Dept of Revenue re tax matter  
10/2/19 mail 2018 FAE check to Dept of Revenue  
10/11/19 review e-mails and discuss resolution of the motion to determine tax claims with accountant and counsel for the trustee  
10/14/19 review proposed motion and order to continue status hearing  
10/14/19-status conference hearing continued to Jan. 15, 2020 (tax matter)  
12/3/19-a/o resolving TE motion for determination of tax claims filed  
1/29/20-motion to pay B. Pope filed(order entered 2/21/20)  
1/31/2020-prep of motion to pay Accountant  
2/11/20 send atty contacts to P. Young re collection of default judgment  
2/12/20 review e-mail re proposal for remnants purchase, not to include default judgment  
2/22/20-file order to pay L. Williams(order entered 2/24/20)  
2/26/20-e-mail to P. Young re default judgment account  
3/16/20 P. Young trip to NY re default judgment postponed  
3/26/20-motion to employ special counsel for out of state collections filed  
4/9/20-prep of third motion for interim distribution  
4/21/20-order to employ out of state collections counsel filed  
5/1/20-file order for third interim distribution  
7/9/20-Telephone conversation with P. Young re: status of collection of default judgment-he had spoken with Special Counsel re: moving forward with collection efforts  
8/11/20 e-mails with P. Young re status- courts still closed but conference call scheduled for Friday with Special Counsel  
10/21/20review e-mail from Special Counsel re status of collection-certificate and judgment have been entered on the judgment roll/docket in the US Bk Court, Southern District NY; Special Counsel is obtaining transcript of judgment for recording on judgment roll in the Clerk of the State Courts, NYC.  
1/7/21 review e-mail from New York counsel and P. Young re status of collection efforts. Judgment has been recorded on judgment roll  
1/19/21 e-mail to L. Williams re tax filing requirements for 2020  
2/5/21 review e-mail re discovery issued to bank in collection matter  
2/16/21 follow up with L. Williams re tax return  
2/16/21 review e-mail from P. Young re collection matter; garnishment has been issued and counsel for defendant has contacted special in NY  
3/9/21 review tax returns prepared by L. Williams; mailing  
3/15/21 follow up with P. Young on status of garnishment and funds collection  
4/12/21- follow up with P. Young re funds frozen in bank account after service of garnishment/execution(The transcript of judgment has been sent to the Kings County Clerk Clerk for recording so that the NYC Marshall can execute)  
5/11/21- review e-mail from P. Young and NYC special counsel re judgment collection status  
5/19/21-follow up e-mail to P. Young re status of collection matter; t/c P. Young to discuss details; will follow up in 1 month

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 14-09118  
**Case Name:** Vista-Pro Automotive, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620290) Jeanne Ann Burton  
**Date Filed (f) or Converted (c):** 06/09/2015 (c)  
**§ 341(a) Meeting Date:** 07/13/2015  
**Claims Bar Date:** 10/13/2015

6/24/21- follow up e-mail to P.Young re status since last discussion  
7/11/21 e-mail to P. Young re status  
7/21/21 review e-mails from special counsel and counsel for defendant  
8/13/21-t/c P. Young- defendant has employed another atty to contest judgment; discuss next steps  
9/2/21-review e-mail from P. Young to defendant ( Coney Island Auto Parts) counsel re prior order to compel discovery after t/c re status of collection and position of new counsel for defendant  
9/8/21 review e-mails between P. Young and counsel for defendant re discovery motion/order and defendant's intention to file motion to set aside the judgment  
10/7/21-defendant Coney Island Auto Parts motion for collateral attack on judgment in NY was denied; collection proceeding  
10/13/21-review order denying collateral attack on judgment; discuss next steps with P. Young  
10/20/21-D. Puryear withdrew as attorney for Hangzhou and Shanghai  
10/29/21-motion for contempt filed re defendant's failure to respond to discovery-hearing is 11/23/21  
11/4/21-review e-mail from D. Blanskey re notice of appeal filed by Coney Island Auto Parts; e-mail to P. Young re same  
11/18/21-hearing on motion for contempt continued to 12/7/21  
12/6/21- review and t/c P. Young re satisfaction of judgment-making appeal moot; funds held in special counsel trust account(pending appeal)  
12/17/21 review draft of appeals brief re Coney Island appeal  
1/14/22-T/C P Young re appeal after reviewing reply brief  
3/11/22-rcvd tax return; mailed  
3/15/22- check status of appeal- Per P. Young- appeal still pending  
4/21/22-the Vista Pro order was affirmed Debtor's favor- awaiting any further appeal

**Initial Projected Date Of Final Report (TFR):** 12/31/2016  
**Current Projected Date Of Final Report (TFR):** 12/31/2022